PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
SATHYA OUM, CSBN 255431
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (510) 970-4846
     Facsimile: (415) 744-0134
     E-Mail: Sathya.Oum@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| TYRONE JOSEPH PORTEE,<br><br>         Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of Social Security,<br><br>         Defendant. | Case No.: 1:20-cv-01414-EPG<br><br>STIPULATION FOR AN EXTENSION OF TIME; ORDER |

     Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Letter Brief be extended thirty (30) days from August 17, 2021, up to and including September 16, 2021.  This is the parties' first stipulation for an extension of the Court's Scheduling Order, and Defendant's first.

---

    [1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1   Defendant requests this extension because the undersigned has fourteen briefs due in the

2   next month, and manages the Office of the General Counsel's legal opinions workload, which

3   currently includes 20 pending legal opinion requests.  The undersigned requires additional time

4   to consider remand of this case.

5   The parties further stipulate that the Court's Scheduling Order shall be modified

6   accordingly.

7

8   Respectfully submitted,

9   Dated:  August 17, 2021          /s/  *Jonathan Peña**

10                                  JONATHAN PEÑA
                                    Attorney for Plaintiff
11                                  *as authorized via e-mail on August 17, 2021

12

13  Dated: August 17, 2021          PHILLIP A. TALBERT
                                    Acting United States Attorney
14                                  DEBORAH LEE STACHEL
                                    Regional Chief Counsel, Region IX
15                                  Social Security Administration

16
                            By:     /s/ *Sathya Oum*
17                                  SATHYA OUM
                                    Special Assistant U.S. Attorney
18
                                    Attorneys for Defendant
19

20

21

22

23

24

25

26

27

28

Stip. for Ext.; 1:20-CV-01414-EPG          2

1

## **<u>ORDER</u>**

2      Pursuant to the stipulation of the parties (ECF No. 17), IT IS HEREBY ORDERED that

3 the deadline for Defendant to respond to Plaintiff's Letter Brief is extended to September 16,

4 2021. All other deadlines in the Court's scheduling order are extended accordingly.

5

6 IT IS SO ORDERED.

7

8      Dated:   **August 18, 2021**                    /s/ *Erica P. Grosjean*
                                                         UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28